IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-CV-61774-WJZ

MARIA CAMACHO, individually,

    Plaintiff,

vs.

FOCUS RECEIVABLES MANAGEMENT,
LLC, a foreign limited liability company,

    Defendant.
_____/

## DEFENDANT FOCUS RECEIVABLES MANAGEMENT, LLC'S ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to Rule 8, Fed. R. Civ. P., Defendant Focus Receivables Management, LLC ("Focus Receivables"), files its Answer and Affirmative Defenses to the Complaint, and states:

1. Denied.

### Jurisdiction and Venue

2. Admitted that this Court has jurisdiction. Denied as to entitlement to any relief.

3. Admitted that this Court has jurisdiction. Denied as to entitlement to any relief.

4. Admitted that venue is appropriate. Denied as to entitlement to any relief.

### Parties

5. Defendant is without sufficient knowledge to admit or deny the allegations of Paragraph 5 of the Complaint and therefore deny same and demand strict proof thereof.

6. Denied as worded.

7. Denied as worded.

8. Denied as worded.

CASE NO.: 14-CV-61774-WJZ

## Factual Allegations

9. Defendant is without sufficient knowledge to admit or deny the allegations of Paragraph 9 of the Complaint and therefore deny same and demand strict proof thereof.

10. Defendant is without sufficient knowledge to admit or deny the allegations of Paragraph 10 of the Complaint and therefore deny same and demand strict proof thereof.

11. Defendant is without sufficient knowledge to admit or deny the allegations of Paragraph 11 of the Complaint and therefore deny same and demand strict proof thereof.

12. Denied as worded.

13. Denied as worded.

14. Defendant is without sufficient knowledge to admit or deny the allegations of Paragraph 14 of the Complaint and therefore deny same and demand strict proof thereof.

15. Denied.

16. Denied.

17. Denied.

## Count I
## Violations of Telephone Consumer Protection Act

18. Defendant incorporates paragraphs 1 through 17 herein.

19. Denied.

Defendant denies Plaintiff is entitled to any relief pursuant to its prayer for relief listed in paragraphs (a) through (f) under the "WHEREFORE" clause.

1002544v.1

CASE NO.: 14-CV-61774-WJZ

## Count II
## Violations of the Fair Debt Collection Practices Act

20. Defendant incorporates paragraphs 1 through 17 herein.

21. Denied.

Defendant denies Plaintiff is entitled to any relief pursuant to its prayer for relief listed in paragraphs (a) through (d) under the "WHEREFORE" clause.

## AFFIRMATIVE DEFENSES

1. For its First Affirmative Defense, Defendant states that Plaintiff provided express consent under the TCPA. *See Mais v. Gulf Coast Collection Bureau, Inc.*, 2014 US. App. Lexis 18554 (11th Cir. 2014); *In re Rules and Regulations Implementing the Telephonic Consumer Protection Act of 1991 (2008 FCC Ruling)*, 23 F.C.C.R. 559.

2. For its Second Affirmative Defense, Defendant alleges that that any violation of the TCPA or FDCPA, which Focus Receivables denies occurred, was not intentional and would have resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such error.

3. For its Third Affirmative Defense, Defendant states that Plaintiff has failed to state a cause of action under 47 U.S.C. § 227 of the TCPA, § 1692 of the FDCPA or any other statute.

4. For its Fourth Affirmative Defense, Defendant states that Plaintiff has failed to timely file his cause of action under the TCPA or FDCPA and the claims are barred by the applicable statute of limitations. *See* 15 U.S.C. § 1692k.

5. For its Fifth Affirmative Defense, Defendant states that, upon information and belief, Plaintiff did not incur any actual damages.

CASE NO.: 14-CV-61774-WJZ

**6.** For its Sixth Affirmative Defense, Defendant states that any violations of the TCPA or FDCPA were *de minimis*.

Respectfully Submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
3800 Miami Tower
100 Southeast Second Street
Miami, Florida 33131
(305) 374-4400 Telephone
(305) 579-0261 Facsimile

By: */s/ Gabriel Z. Coelho*
ANTHONY P. STRASIUS
Florida Bar No. 988715
anthony.strasius@wilsonelser.com
GABRIEL Z. COELHO
Florida Bar. No.: 047685
gabriel.coelho@wilsonelser.com
*Attorneys for Defendant*

1002544v.1

CASE NO.: 14-CV-61774-WJZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **15th** day of **October, 2014**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties as identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Noticed Electronic Filing.

## SERVICE LIST

**Bret L. Lusskin, Esq.**
20803 Biscayne Blvd.
Suite # 302
Aventura, FL 33180
Local (954) 454-5841
Facsimile (954) 454-5844
blusskin@lusskinlaw.com
*Counsel for Plaintiff*

By: */s/ Gabriel Z. Coelho*
      GABRIEL Z. COELHO

5

1002544v.1