UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61774-CIV-ZLOCH

MARIA CAMACHO,

    Plaintiff,

vs.

**FINAL ORDER OF DISMISSAL**

FOCUS RECEIVABLES MANAGEMENT, LLC,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Stipulation For Dismissal Without Prejudice (DE 19) filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Stipulation For Dismissal Without Prejudice (DE 19) filed herein by all Parties be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

    3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   24th   day of February, 2015.

                                                              WILLIAM J. ZLOCH
                                                              United States District Judge

Copies furnished:

All Counsel of Record